1  Name: Alexis McLemore
2  Address: 3705 W Pico Blvd #423
3  Los Angeles, CA 90019
4  Phone: 213 215 4106
5  Fax: _____
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Alexis McLemore
                    Plaintiff
        v.
AIDS Healthcare Foundation/
Madison Hotel
                    Defendant(s).

CASE NUMBER: LACV22-3890-JFW-KSx

To be supplied by the Clerk of
The United States District Court

**This following complaint is filed by plaintiff against the AIDS Healthcare Foundarion owner of the Madison Hotel**

**Madison Hotel
423 E. 7th St
Los Angeles CA**

CV-126 (09/09)              PLEADING PAGE FOR A COMPLAINT

I have lived at the Madison Hotel located at 423 E. 7th St in Los Angeles, CA for over a year. At that time the hotel was managed by Roger Lo. There was a tolerance of illegal activity that included:

1) Staff witnessing and ignoring illegal harassment and violence -- including violent loitering outside premises with loud profane music

2) Staff/Security Personnel refusing to follow through on complaints of harassment/violence.

This is despite the Madison Hotel having a clause in the rental agreement that lists the above to be prohibited activities.

Because of the above I requested the Madison Hotel participate in voluntary Mediation regarding the Madison Hotel Safety/ Violence Procedures and develop a written Non Harassment / Non Violence Policy with written violations and actions to be posted and distributed to staff and residents.

Previous Madison Hotel manager, Roger Lo, refused to participate in Mediation. The request for Mediation was sent by Los Angeles County Mediation Services to the Madison Hotel. The hotel staff retaliated by continuing the above activities. they continued to refuse mediation despite the Madison Hotel (owned by AIDS Healthcare Foundation) having had a Superior Court Case filed against it because of the conditions of the building.the handling of harassment/violence, lack of security staff/intervention

The Madison Hotel now has new management Despite this and a visit by City Council representatives the Madison Hotel still 1) does not respond/intervene in ongoing harassment/violence complaints and 1) refuses mediation regarding a written Non Harassment/Non Violence Policy with written violations and actions for tenants and staff.

I have attached a sample Non Harassment/Non Violence Policy with written violations and actions.

2

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Plaintiff is requesting the Madison Hotel/AIDS Healthcare Foundation be required to participate in Mediation regarding the Safety/ Violence Procedures of the Madison Hotel/AIDS Healthcare Foundation. and damages to be determined by the court.

McLemore v. AIDS Healthcare Foundation/Madison Hotel
Attachment 1 (page 1 of 2)

# Sample Policy: WARNING ZONES

Using unnecessary foul or violent language when speaking to or about people

Making unnecessary comments referring to other people, violence, bathroom activities, etc while in public areas or walking down hallways

Following others around (especially someone who wants no contact with you or someone you've been told to stay away from) -- timing when they wake, leave etc.

Using physical size, strength to intimidate (a threat of violence) when "confronting" people

Confronting people who are doing nothing to you when problem can be taken to staff

Leaving your residence or go to another area to hassle/bother someone-especially someone you've been told to stay away from

**McLemore v. AIDS Healthcare Foundation/Madison Hotel**
Attachment 1 (Page 2 of 2)

## Harassment/Violence Categories

Foul Language/Harassment, Loud or Offensive Music/TV
Category 1

...........................

Repeated Harassment/Light Physical Violence
Bumping in hallways, etc.
(if person considers contact offensive and purposeful even though it caused no physical harm it should be acted upon)
Attempts at personal contact that are unwanted
Category 1 – Category 2

...........................

Physical Aggression/Physical Attacks
Violence that can cause physical harm
(Staff must be able to act without complaint from resident or other staff)
Category 2 – Category 3

...........................

Category 1
Warning   (Category 2 or 3 Actions can be taken if violations continue)

Category 2
Person leave property for 2-4 hrs/Police Action

Category 3
Police Action/Eviction

Staff must be able to act on what they observe without complaints from residents or other staff

Staff Actions include fines, police action and/or eviction